02-11-332-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00332-CR

 

 


 
 
 Jayson Christopher Aguilar
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM Criminal
District Court No. 1 OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

         
Appellant Jayson Christopher Aguilar attempts to appeal from his conviction for
criminal mischief.  The trial court’s certification states that this is “a
plea-bargained case and the defendant has NO right of appeal.”  See
Tex. R. App. P. 25.2(a)(2).  On August 12, 2011, we notified Aguilar that
the appeal would be dismissed pursuant to the trial court’s certification
unless he or any party desiring to continue the appeal filed a response on or
before August 22, 2011, showing grounds for continuing the appeal.  See
Tex. R. App. P. 25.2(d), 44.3.  We received a response, but it does not
show grounds for continuing the appeal.  Therefore, in accordance with the
trial court’s certification, we dismiss the appeal.  See Tex. R.
App. P. 43.2(f).

 

PER CURIAM

 

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  September
29, 2011














[1]See Tex. R. App. P. 47.4.